UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
WAYNE CHIN,

                   Plaintiff,

         - against -

CO PT SQUIRE, CO P. LANGDON, CO K.W.
KRASNOW, CO J.Y. BENFORD, CO ESCALERA,
SERGEANT ELLIS, SERGEANT ECKERSON, and
NURSE LINDEMANN,

------------------------------------------------------------------- X

20-CV-3711 (PMH)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff, Wayne Chin, DIN 09-A-6287, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

      Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

      The Office of the Attorney General is directed to serve a copy of this Order on Plaintiff.

Dated: White Plains, New York
           _____June 16_____, 2021

So Ordered:

_____
HON. PHILIP M. HALPERN
United States District Judge