UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WAYNE CHIN,                                    MOTION TO COMPEL DISCOVERY

          Plaintiff,                           (Fed. R. Civ. P. Rule 26)

                                               20-CV-3711 (PMH)
     -against-


PATRICK SQUIRE, ET. AL.,

          Defendants.

------------------------------------x

RECEIVED
SDNY PRO SE OFFICE
2021 OCT 29 PM 2: 53

          PLEASE TAKE NOTICE that upon the annexed affidavit of

WAYNE CHIN,  the plaintiff herein, a motion will be made before

the United States District Court, for the Southern District of New

York,  located at 500 Pearl Street, New York, New York 10007, on

November 10, 2021, or as soon thereafter as the plaintiff may be

heard, for an Order pursuant to **Fed. R. Civ. Proc. Rule 26**,

directing the defendants or their attorney to deliver all the

records, files, policies and/or evidence pertinent to the above-
[ ] sed discovery, or discovery
['s demand. Plaintiff seeks
rt may deem just and proper.

Motion denied without prejudice for failure to comply with
Fed. R. Civ. P. 37, Local Civil Rule 37.2, and this Court's
Individual Practices Rule 4.E. However, the Court construes
plaintiff's submission as a request for a conference, and
directs defendants to file a response to the discovery
disputes raised in plaintiff's submission (Doc. 52) by
11/9/2021. The Clerk of Court is requested to mail a copy of
this Order to Plaintiff.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        November 2, 2021

                                               Respectfully submitted,

                                               _____
                                               Wayne Chin
                                               Din: 09-A-6287
                                               Sing Sing Corr. Fac.
                                               354 Hunter Street
                                               Ossining, New York

Jessica Acosta-Pettyjohn, Esq.
Assistant Attorney General
28 Liberty Street
New York, New York 10005