```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WAYNE CHIN,
                              Plaintiff,
v.
                                                              ORDER
CO. P.T. SQUIRE, et al.,
                                                              20-CV-03711 (PMH)
                              Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for Defendants and Plaintiff *pro se* appeared today by telephone for a case management conference. Upon review of Defendants' response (Doc. 54) and after hearing from the parties, the Court ruled on the discovery disputes raised in Plaintiff's application filed on October 29, 2021 (Doc. 52). For the reasons stated and as discussed on the record, the Court granted Plaintiff's requests for: (1) his medical records; (2) Robinson's June 17, 2017 statement; (3) names and addresses of witnesses; and (4) sick-call policy.

In connection therewith, the Court directed that, by December 20, 2021, Defendants: (1) review the box of medical records to ensure they are Plaintiff's records, and produce such records to Plaintiff; (2) search records to determine whether Robinson's June 17, 2017 statement exists and if such statement exists, produce same to Plaintiff; (3) serve a copy of the 33.2 Discovery Responses containing the list of witnesses and addresses on Plaintiff; (4) determine whether the requested sick-call policy exists and arrange for Plaintiff's controlled review; and (5) file and serve a letter concerning the status of each of the foregoing, and to the extent no such documents exist, so state in the letter.

The Court denied the balance of Plaintiff's requests.

Discovery closed on November 5, 2021. To the extent any party intends to move for summary judgment, in accordance with the Court's Individual Practices, a pre-motion letter and

Rule 56.1 Statement shall be served and filed by December 6, 2021. Responses thereto, if any, shall be served and filed by December 13, 2021.

      The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York  
       November 18, 2021

SO ORDERED:

_____  
Philip M. Halpern  
United States District Judge