UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIN<br><br>                                    Plaintiff<br><br>              v.<br><br>SQUIRE, et al.<br><br>                                Defendants. | **ECF CASE**<br><br>**NOTICE OF APPEARANCE OF PRO BONO COUNSEL**<br><br>**20-cv-3711 (PMH)** |

To the Clerk of the Court and all parties of record:

I am admitted and otherwise authorized to practice in this Court, and I appear in this case as pro bono counsel for Plaintiff, Wayne Chin.


Dated:  March 9, 2022
         New York, New York


                                                **LAW OFFICE OF WAN CHA, ESQ., LLC**

                                                By: s/Wan Cha
                                                    Wan Cha
                                                    150 Broadway, Suite 1615
                                                    New York, NY 10038
                                                    (973) 993-1868
                                                    wcha@wchafirm.com