UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WAYNE CHIN,

                        Plaintiff,

v.                                                    **ORDER**

PATRICK SQUIRE,                                No. 20-CV-03711 (PMH)

                        Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties are hereby notified that jury selection and trial in this action are scheduled to begin on **November 1, 2022 at 9:30 a.m.** The case must therefore be trial ready for that date. All parties and counsel shall appear on that date and time in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

      A pretrial conference is scheduled for **October 4, 2022 at 11:00 a.m.** in Courtroom 520.

      The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED.

Dated: White Plains, New York
         August 15, 2022

                                                                  _____
                                                                   Philip M. Halpern
                                                                   United States District Judge