

LAW OFFICE OF WAN CHA, ESQ., LLC

(973) 993-1868 / wcha@wchafirm.com

LAW OFFICE OF
WAN CHA, ESQ., LLC

89 Headquarters Plaza North, Suite 1434   150 Broadway, Suite 1615
Morristown, New Jersey 07960   New York, New York 10038

August 17, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr., Federal Building
  and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re:  ***Chin v. Squire, et al.*, No. 7:20-cv-3711-PMH (S.D.N.Y.)**

Dear Judge Halpern:

The Law Office of Amy Jane Agnew, P.C., and, as co-counsel, the Law Office of Wan Cha, Esq., LLC, (collectively, "Plaintiff's Counsel"), serve as *pro bono* counsel to Plaintiff, Wayne Chin in the above-referenced matter. We write in connection with Your Honor's August 15 Order, setting the trial in this case to commence on November 1, 2022. (ECF No. 92.) Due to a distant wedding of my sister that conflicts with the start date of the trial and requires me to fly back to the New York area on November 2, 2022, Plaintiff's Counsel respectfully requests an adjournment of the trial date. Defendant's counsel graciously consents to this request.

Additionally, Plaintiff's Counsel and Defendant's Counsel have conferred on other unavailable dates due to AAA arbitration trial dates or committed holiday plans. Accordingly, the Parties respectfully request a trial date that would not conflict with the following dates:

- December 23, 2022 to January 5, 2023
- February 20-24, 2023 (AAA hearing)
- March 13-17, 2023 (AAA hearing)
- May 22-26, 2023 (AAA hearing)

This is the parties' first request for an adjournment of the trial date. Thank you for Your Honor's consideration on this matter.

Very truly yours,

Wan Cha, Esq.

cc: Defendant's counsel of record (Via ECF)