```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WAYNE CHIN,

                            Plaintiff,
v.                                                              ORDER

PATRICK SQUIRE,                                                 No. 20-CV-03711 (PMH)

                            Defendant.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

The parties are hereby notified that this case is no longer the backup trial and that this case will proceed to jury selection and trial on **November 14, 2022 at 9:30 a.m.** The case must therefore be trial ready for that date. All parties and counsel shall appear on that date and time in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED.

Dated: White Plains, New York
       September 16, 2022

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge