UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WAYNE CHIN,

                          Plaintiff,

v.                                     **ORDER**

PATRICK SQUIRE,                 No. 20-CV-03711 (PMH)

                        Defendant.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared for an in-person conference today.

      As set forth in detail on the record, the Court granted in part plaintiff's motion in limine (Doc. 87). The Court reviewed the parties' proposed joint pretrial order and directed the parties to meet and confer and file a revised JPTO in accordance with the rulings and discussion on the record by 10/11/2022.

      By 10/21/2022, counsel to advise the Court by joint letter of any proposed modifications to the circulated copies of proposed voir dire questionnaire, verdict sheet, and summary of the case. The Court directed the parties to meet and confer and file a revised proposed jury charge by 10/21/2022, agreeing to the proper language for the charges proposed and identifying the proposed charges by number.

      See Transcript.

SO ORDERED.

Dated:  White Plains, New York
         October 4, 2022

                                     _____
                                     Philip M. Halpern
                                     United States District Judge