UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE CHIN,

                Plaintiff,                              20 **CIVIL** 3711 (PMH)

      -against-                                 **JUDGMENT**

PATRICK SQUIRE,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
            November 28, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

**So Ordered:**                                                          **BY:**   K. Mango

        **U.S.D.J.**                                                                     **Deputy Clerk**